UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br>　　　　Plaintiff,<br>　　v.<br>SINGH, et al.,<br>　　　　Defendants. | Case No. 24-cv-07712-EKL<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding an incident that occurred at San Joaquin General Hospital. This hospital is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is also incarcerated in the Eastern District at the California Health Care Facility. Because the events for this case and defendants are located in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: November 21, 20242

　　　　　　　　　　　　　　　　　　　　　　　　　　 Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge