UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER, | No. 2:24-cv-3247 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SINGH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On September 9, 2025, the court recommended that plaintiff's second amended complaint be dismissed for failure to state a claim upon which relief can be granted and that this case be closed. Plaintiff has filed objections to the court's September 9, 2025, findings and recommendations.

In light of the objections, the court's September 9, 2025, findings and recommendations will be vacated, and plaintiff will be granted leave to file a third amended complaint. As to the contents of the third amended complaint, plaintiff should refer to the court's February 26 and March 18 orders, as well as the September 9 findings and recommendations. Plaintiff is reminded that Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2     1. The September 9, 2025, Findings and Recommendations (ECF No. 27) are

3         VACATED;

4     2. Plaintiff's second amended complaint is dismissed.

5     3. Plaintiff is granted thirty days from the date of service of this order to file a third

6 amended third complaint that complies with the requirements of the Civil Rights Act, the Federal

7 Rules of Civil Procedure, and the Local Rules of Practice. The third amended complaint must

8 bear the docket number assigned this case and must be labeled "Third Amended Complaint."

9 Failure to file a third amended complaint in accordance with this order will result in a

10 recommendation that this action be dismissed.

11 Dated: September 30, 2025

12                                                  CAROLYN K. DELANEY

13                                                  UNITED STATES MAGISTRATE JUDGE

16 1
coff3247.lta