UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER, | No. 2:24-cv-03247-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| SINGH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 36.)  Plaintiff did not file objections to the findings and recommendations and the time to do so has elapsed.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed April 10, 2026 (ECF No. 36) are ADOPTED in full;

1

2.	Plaintiff's third amended complaint is dismissed without further leave to amend for failure to state a claim.

3.	The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE